# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) 06-695 C

Brickwood Contractors Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Gerald I. Katz, Mark J. Stone, Justin M. Ganderson, of counsel

Firm Name: Katz & Stone, L.L.P.

Post Office Box:

Street Address: 8230 Leesburg Pike, Suite 600

City-State-Zip: Vienna, Virginia 22182

Telephone & Facsimile Numbers: (703) 761-3000 / (703) 761-6179 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: □ □ □

See attached sheet for three-digit codes.

Amount Claimed: $ To be determined

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? □ Yes □ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ■ Yes □ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.