ORIGINAL

FILED
OCT 10 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BRICKWOOD CONTRACTORS, INC.,**

**v.** **No.** 06-695 C

**THE UNITED STATES,**

## PLAINTIFF'S FINANCIAL DISCLOSURE

COMES NOW Plaintiff Brickwood Contractors, Inc. ("Brickwood"), by counsel, pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, and discloses the following:

1. Brickwood does not have any parent corporations.

2. There are no publicly held corporations which own ten percent (10%) or more of Brickwood's stock.

Respectfully submitted,

BRICKWOOD CONTRACTING, INC.

By Counsel

Gerald I. Katz
Mark J. Stone
Justin M. Ganderson, Of Counsel
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)

Date Executed: October 10, 2006