ORIGINAL

FILED
OCT 10 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BRICKWOOD CONTRACTORS, INC.,**

**v.** **No.** 06-695 C

**THE UNITED STATES,**

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE**

COMES NOW Plaintiff Brickwood Contractors, Inc. ("Brickwood"), by counsel, pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, and provides notice of the following:

1. The above-captioned case is directly related to the case of *Brickwood Contractors, Inc. v. The United States*, No. 1:05-cv-00271-EJD (The Honorable Edward J. Damich, Chief Judge, United States Court of Federal Claims) (the "Directly Related Case") which was before this Honorable Court.

2. The Directly Related Case involved the same parties (Brickwood and The United States) and arises from the same Contract (Contract Number J20802c-011).

3. The Directly Related Case was dismissed without prejudice on December 20, 2005 by this Honorable Court pursuant to Rule 58 of the Rules of the United States Court of Federal Claims.

4. There is no special need for the above-captioned case to be assigned to the Honorable Edward J. Damich as the Directly Related Case has been dismissed without prejudice and the cause of action alleged in the above-captioned case is separate and distinct from the cause of action alleged in the Directly Related Case.

Respectfully submitted,

BRICKWOOD CONTRACTING, INC.

By Counsel

Gerald I. Katz
Mark J. Stone
Justin M. Ganderson, Of Counsel
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)

Date Executed: October 10, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF DIRECTLY RELATED CASE** was served upon The United States via first-class mail, postage prepaid, this 10th day of October, 2006 to:

Robert Allen Hipp, Esquire
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530
*Counsel for Defendant United States in Brickwood Contractors, Inc. v. The United States, No. 1:05-cv-00271-EJD (The Honorable Edward J. Damich, Chief Judge, United States Court of Federal Claims)*

Mark J. Stone