**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-cv-695 |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COME NOW, the law firm of Katz & Stone, L.L.P. and its attorneys ("Katz & Stone") and request leave of this Court to withdraw as counsel of record herein on behalf of Brickwood Contractors, Inc. ("Brickwood") pursuant to Rule 83(c)(6) of the Rules of the United States Court of Federal Claims. As grounds therefor, Katz & Stone states as follows:

1. Irreconcilable differences have arisen between Brickwood and Katz & Stone, such that Katz & Stone gave notice to Brickwood that it wished to terminate its representation of Brickwood in this action.

2. Brickwood agreed that it would have new counsel enter an appearance in substitution of Katz & Stone's appearance by October 27, 2006, and understood that failing such, Katz & Stone would file a motion to withdraw as counsel.

3. Katz & Stone and Brickwood have had several oral and written communications in which Brickwood confirmed that it was retaining new counsel. Accordingly, as a courtesy to Brickwood, Katz & Stone extended the October 27, 2006 date for retaining new counsel to November 1, and then, to November 3, 2006.

4. However, to-date, no new counsel has entered an appearance in this action on behalf of Brickwood, and Brickwood has not provided Katz & Stone with a date by which new counsel will do so.

5. Katz & Stone has given reasonable notice to Brickwood of its intent to request leave from this Court to withdraw as counsel in this action and has duly advised Brickwood that Brickwood should make arrangements for new counsel to make an appearance in this action on Brickwood's behalf.

6. This case is in the initial stage. No responsive pleading has yet been filed by the Defendant United States. Katz & Stone believes that its withdrawal can be accomplished without material adverse effect on the interests of Brickwood.

7. This Motion is brought in good faith and is not intended to prejudice the rights of either party in this proceeding, including those substantive rights and positions taken by Brickwood herein.

WHEREFORE, Katz & Stone, L.L.P. requests that this Honorable Court grant its Motion and provide leave for Katz & Stone, L.L.P. and its attorneys to withdraw as counsel in this action.

Respectfully submitted,

KATZ & STONE, L.L.P.

/s/ Mark J. Stone

Gerald I. Katz
Mark J. Stone
Justin M. Ganderson
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was electronically filed on this 3rd day of November 2006. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark J. Stone
Mark J. Stone

I ALSO HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was electronically-mailed, faxed and mailed first-class, postage-prepaid this 3rd day of November 2006, to:

Peter Kalos, President
Veron Kalos, Secretary/Treasurer
(VKalos@aol.com)
BRICKWOOD CONTRACTORS, INC.
703.392.0229 (facsimile)
11304 Industrial Road
Manassas, Virginia 20109

/s/ Mark J. Stone
Mark J. Stone

J:\02450.003\Pld\006jmgWithdrawMotion.doc:bd