# In the United States Court of Federal Claims

No. 06-695 C

(Filed: November 7, 2006)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On November 3, 2006, Plaintiff's counsel filed a Motion for Leave to Withdraw as Counsel. The Court GRANTS the motion.

The Court ORDERS Plaintiff to retain new counsel, and the new counsel to file a motion to substitute attorney, on or before **November 29, 2006**. If the Court fails to receive a motion to substitute attorney by that date, this case will be dismissed for failure to prosecute and for failure to heed the Court's orders.

The Clerk of Court is ORDERED to deliver a copy of this order to Plaintiff by Federal Express (two-day delivery) at the following address:

Mr. Peter Kalos, President
Veron Kalos, Secretary/Treasurer
BRICKWOOD CONTRACTORS, INC.
11304 Industrial Road
Manassas, VA 20109-3910

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge