# In the United States Court of Federal Claims

No. 06-695 C

(Filed: November 21, 2006)

| | |
|---|---|
| **BRICKWOOD CONTRACTORS, INC.,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On November 3, 2006, Plaintiff's counsel filed a Motion for Leave to Withdraw as Counsel, stating that irreconcilable differences had arisen between Plaintiff and Plaintiff's counsel, with service having been noted both to opposing counsel and to Plaintiff directly. The Court issued an order granting Plaintiff's counsel's motion on November 7, 2006. In the order, the Court ordered Plaintiff to retain new counsel, and Plaintiff's new counsel to file a motion to substitute attorney, on or before November 29, 2006. The Court directed the Clerk of the Court to deliver the order to Plaintiff by Federal Express (two-day delivery) at Plaintiff's address, which was provided by Plaintiff's counsel in its motion.

On November 20, a communication was received in chambers from Plaintiff via fascimile and via e-mail. Plaintiff also attempted to file the communication as a document in this case. Pursuant to Rule 83.1(c)(8), a corporation may only be represented by counsel and, therefore, it is incumbent on Plaintiff to retain new counsel in order to file any document with the Court. Nonetheless, it became apparent to the Court from the communication that Plaintiff had not received the November 7, 2006, order. The Court also recently received notification from Fedex that it was unable to deliver the order to Plaintiff. Accordingly, the Court will extend the deadline for Plaintiff to retain new counsel.

The Court hereby ORDERS Plaintiff to retain new counsel, and the new counsel to file a motion to substitute attorney, on or before **January 12, 2007**. If the Court fails to receive a motion to substitute attorney by that date, this case will be dismissed for failure to prosecute and for failure to heed the Court's orders.

The Clerk of the Court is directed to mail a copy of this order to Plaintiff via regular U.S. mail, and via U.S. certified mail return receipt requested, at the following address:

Mr. Peter Kalos, President
Veron Kalos, Secretary/Treasurer
BRICKWOOD CONTRACTORS, INC.
11304 Industrial Road
Manassas, VA 20109-3910

In addition, the Clerk of the Court is directed to transmit a copy of this order to Plaintiff at the e-mail address and facsimile number provided on Plaintiff's recent communication to chambers.

The Clerk of the Court if further directed to return the unfiled document to Plaintiff via regular U.S. mail at the above address.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge