# In the United States Court of Federal Claims

No. 06-695 C

(Filed: January 10, 2007)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On November 21, 2006, the Court ordered Plaintiff to retain new counsel, and the new counsel to file a motion to substitute attorney, on or before January 12, 2007.

On January 10, 2007, Plaintiff's new counsel, Scott J. Newton, attempted to file in paper form a motion to substitute attorney. This case, however, was designated as an electronic case under the U.S. Court of Federal Claim's electronic case filing ("ECF") system on October 10, 2006.

The Court ORDERS Plaintiff's new counsel to obtain an ECF account, and file its motion to substitute attorney via ECF, on or before **January 24, 2007**, or the case will be dismissed for failure to prosecute and failure to heed the Court's orders.

The Clerk of the Court is directed to mail a copy of this order to Plaintiff at the following address:

Peter Kalos, President
Veron Kalos, Secretary/Treasurer
Brickwood Contractors, Inc.
11304 Industrial Road
Manassas, VA 20109-3910

The Clerk of the Court is further directed to mail a copy of this order, and to return the unfiled motion to substitute attorney, to Plaintiff's new counsel at the following address:

Scott J. Newton
Stephens, Boatwright, Primeau, Cooper & Coleman
9255 Lee Avenue
Manassas, VA 20110

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge