IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | Case No.: 1:06-cv-695-EJD |

**MOTION TO SUBSTITUTE ATTORNEY**

Comes now, Brickwood Contractors Inc., by its proposed counsel, and requests that the Court recognize the appearance of Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman on behalf of the Plaintiff, Brickwood Contractors, Inc.

WHEREFORE, counsel requests that the Court recognize the appearance of Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman on behalf of the Plaintiff, Brickwood Contractors, Inc., and grant such further and other relief as the Court deems necessary and proper.

Respectfully Submitted,
Brickwood Contractors, Inc.
by counsel

\s\ Scott J. Newton
Scott J. Newton, VSB #44397
Stephens, Boatwright, Primeau, Cooper & Coleman
9255 Lee Avenue
Manassas, VA 20110
(703) 361-8246
(703) 361-4171 Facsimile
newton@manassaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the __22______ day of January 2007 a copy of the foregoing "Motion to Substitute Attorney" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\ Scott J. Newton