# In the United States Court of Federal Claims

No. 06-695 C

(Filed: January 23, 2007)

| | |
|---|---|
| **BRICKWOOD CONTRACTORS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

## ORDER

On January 22, 2007, Plaintiff's new counsel, Scott J. Newton, attempted to file a Motion to Substitute Attorney. The motion failed to comply with Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims, however, in that it was not accompanied by an affidavit of appointment. Further, the motion failed to comply with U.S. Court of Federal Claims General Order No. 42A ¶16, which requires that electronic signatures be preceded by "s/" and not "\s\." The motion is hereby stricken from the record.

The Court ORDERS Plaintiff's new counsel to file a corrected Motion to Substitute Attorney on or before **January 26, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge