IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC., Plaintiff, v. THE UNITED STATES Defendant. | Case No.: 1:06-cv-695-EJD |

**MOTION TO SUBSTITUTE ATTORNEY**

Comes now, Brickwood Contractors Inc., by its proposed counsel, and requests that the Court recognize the appearance of Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman on behalf of the Plaintiff, Brickwood Contractors, Inc. An Affidavit of Appointment executed by the President of Brickwood Contractors, Inc., is attached hereto as Exhibit A.

WHEREFORE, counsel requests that the Court recognize the appearance of Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman on behalf of the Plaintiff, Brickwood Contractors, Inc., and grant such further and other relief as the Court deems necessary and proper.

Respectfully Submitted,
Brickwood Contractors, Inc.
by counsel

s/ Scott J. Newton
Scott J. Newton, VSB #44397
Stephens, Boatwright, Primeau, Cooper & Coleman
9255 Lee Avenue
Manassas, VA 20110
(703) 361-8246
(703) 361-4171 Facsimile
newton@manassaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the __25______ day of January 2007 a copy of the foregoing "Motion to Substitute Attorney" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott J. Newton
Scott J. Newton

AFFIDAVIT OF APPOINTMENT

THAT Peter Kalos, President of the Brickwood Contractors, Inc., be and hereby is authorized, for and on behalf of the Corporation and in its name, to retain counsel for representation of the Corporation in the United States Court of Federal Claims and thereafter to take such action as required in connection therewith; and

THAT Scott J. Newton, Esquire, with offices at Stephens, Boatwright, Primeau, Cooper & Coleman, PC, 9255 Lee Avenue, Manassas, Virginia, 20110 be and hereby is appointed attorney for the Corporation to represent the Corporation in the matter of Brickwood Contractors, Inc. v. The United States, Case No. 06-695-C, in collaboration with president and take all action necessary to pursue that matter as appropriate; and that all action taken by the aforesaid president and attorney within the purview of this resolution is hereby ratified and confirmed.

COMMONWEALTH OF VIRGINIA,

COUNTY OF PRINCE WILLIAM, to-wit:

This day, in my jurisdiction, aforesaid Peter Kalos, personally appeared before me, and after being duly sworn according to law, deposed and said that the facts stated herein are true and accurate to the best of his knowledge and belief.

Peter Kalos
President of Brickwood Contractors, Inc.

Subscribed and sworn to before me this 25th day of Jan. 2007 in the jurisdiction aforesaid.

Notary Public

My Commission Expires: 12/31/2010