IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | Case No.: 1:06-cv-695-EJD |

**MOTION FOR HEARING BY BRICKWOOD CONTRACTORS, INC. ON DEFENDANT'S MOTION TO DISMISS**

Comes now, Brickwood Contractors Inc., by counsel, and requests that the Court set a hearing date on the Motion to Dismiss ("Motion to Dismiss") filed by Defendant The United States.

Respectfully Submitted,
Brickwood Contractors, Inc.
by counsel

s/ Scott J. Newton
Scott J. Newton, VSB #44397
Stephens, Boatwright, Primeau, Cooper & Coleman
9255 Lee Avenue
Manassas, VA 20110
(703) 361-8246
(703) 361-4171 Facsimile
newton@manassaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the __6th______ day of June 2007 a copy of the foregoing "Motion for Hearing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott J. Newton
Scott J. Newton