ATTACHMENT E

# Contents

*All AWWA standards follow the general format indicated subsequently. Some variations from this format may be found in a particular standard.*


| SEC. | | PAGE |
|---|---|---|
| ***Foreword*** | | |
| I | Introduction | ix |
| I.A | Background | ix |
| I.B | History | ix |
| I.C | Acceptance | x |
| II | Special Issues | xi |
| III | Use of This Standard | xi |
| III.A | Purchaser Options and Alternatives | xi |
| III.B | Information to Be Furnished by Bidder | xvii |
| III.C | Modification to Standard | xvii |
| IV | Major Revisions | xvii |
| IV.A | Comment Regarding Sec. 14 | xviii |
| V | Comments | xviii |
| ***Standard*** | | |
| **1** | **General** | |
| 1.1 | Scope | 1 |
| 1.2 | Definitions | 1 |
| 1.3 | Guarantee | 2 |
| 1.4 | Drawings to Be Furnished | 2 |
| 1.5 | References | 2 |
| **2** | **Materials** | |
| 2.1 | General | 6 |
| 2.2 | Material Specifications | 6 |
| **3** | **General Design** | |
| 3.1 | Design Loads | 9 |
| 3.2 | Unit Stresses | 12 |
| 3.3 | Combined Stresses | 15 |
| 3.4 | Column, Strut, and Shell Stability Formulas | 16 |
| 3.5 | Shell Girder, Intermediate Stiffeners, and Compression Rings | 23 |
| 3.6 | Roofs | 25 |
| 3.7 | Cylindrical Shell Plates | 26 |
| 3.8 | Foundation Bolts | 27 |
| 3.9 | Corrosion Allowance | 29 |
| 3.10 | Minimum Thickness | 29 |
| 3.11 | Joints | 29 |
| 3.12 | Weld Design Values | 30 |
| 3.13 | Reinforcement Around Openings | 31 |
| 3.14 | Equivalent Metric Equations | 32 |
| **4** | **Sizing and Design of Elevated Tanks** | |
| 4.1 | Standard Capacities | 33 |
| 4.2 | Heights for Elevated Tanks | 33 |
| 4.3 | Standard Head Range | 33 |
| 4.4 | Columns and Struts | 33 |
| 4.5 | Tension Members Carrying Wind and Seismic Loads | 34 |
| 4.6 | Pinholes | 34 |
| 4.7 | Horizontal Girders | 34 |
| 4.8 | Tank Plates | 35 |
| 4.9 | Steel Riser | 36 |
| 4.10 | Tank Stability Against Overturning | 36 |
| 4.11 | Pedestal Tank Slenderness | 36 |
| 4.12 | Pedestal Supports | 36 |
| 4.13 | Eccentric Load | 36 |
| 4.14 | Lateral Load Distribution | 36 |
| 4.15 | High Slender Tanks | 37 |
| **5** | **Accessories for Elevated Tanks** | |
| 5.1 | Steel Riser | 37 |
| 5.2 | Pipe Connection | 37 |
| 5.3 | Overflow | 38 |
| 5.4 | Ladders | 38 |
| 5.5 | Safety Devices | 39 |
| 5.6 | Roof Openings | 39 |
| 5.7 | Vent | 39 |
| 5.8 | Additional Accessories and Exceptions | 40 |

3.5.1.1 The total vertical leg of the angle may be used in the computations, provided that the vertical leg width does not exceed 16 times the angle thickness.

3.5.2 *Intermediate shell girders.* The formula to be used to determine whether intermediate girders are required between the roof or top girder and bottom is

$$h = \frac{10.625 \times 10^6 t}{P_w \left(\frac{D}{t}\right)^{1.5}} \qquad \text{(Eq 3-14)}^*$$

Where:

$h$ = the height of the cylindrical shell between the intermediate wind girder and the top angle or top wind girder in an open top tank, in feet (NOTE: Where an ornamental roof [torus] transition exists, two-thirds of the transition height shall be added to the shell height. If the torus is stiffened by radial stiffeners at a spacing of 7 ft [2.31 m] or less, and the radial stiffeners frame into a continuous circumferential stiffener equal in size to the first required intermediate stiffener, $h$ may be measured from the bottom of the stiffening or the top of the straight cylindrical portion of the shell, whichever is greater.)

$t$ = the average, as-ordered shell thickness minus corrosion allowance, in inches, for the vertical distance $h$, unless otherwise specified

$P_w$ = the wind pressure, in pounds force per square foot; shall be assumed to be 18 lbf/ft$^2$ (0.862 kPa) unless the wind velocity $v$ is specified to be greater than 100 mph (45 m/s), in which case

$$P_w = 18\left(\frac{v}{100}\right)^2 \qquad \text{(Eq 3-15)}$$

3.5.2.1 In determining the maximum height of the unstiffened shell, an initial calculation shall be made using the thickness of the top shell course. Additional calculations shall be based on the average thickness obtained by including part, or all, of the next lower course, or courses, until the calculated $h$ is equal to, or smaller than, the height of shell used in determining the average thickness. If $h$ continues to calculate greater than the height of the shell used in determining the average thickness, then no intermediate girder is required.

3.5.2.2 After establishing the location of the first intermediate girder, if required, repeat the previous procedure for additional intermediate stiffeners, using the preceding intermediate girder as the top of the tank. Locating the intermediate wind girder at the maximum spacing calculated by the preceding rules will usually result in a shell below the intermediate wind girder with a greater stability against wind loading than the shell above the intermediate girder. The girder may be located at a spacing less than the maximum spacing, but the lower shell must be checked for adequacy against the maximum wind pressure, as described previously or in the following alternative subsections.

*For equivalent metric equation, see Sec. 3.14.

1. Change the width $W$ of each shell course into a transposed width $W_{tr}$ of shell course, having a uniform thickness, by the relationship

$$W_{tr} = W\left(\frac{t_{uniform}}{t_{actual}}\right)^{2.5} \qquad \text{(Eq 3-16)}$$

Where:

$t_{uniform}$ = the uniform, as-ordered thickness minus corrosion allowance into which the entire shell will be transformed, in inches

$t_{actual}$ = the as-ordered thickness minus corrosion allowance of the shell course being transformed, in inches

2. The sum of the transposed width of each course will give the height of an equivalent transformed shell. For equal stability above or below the intermediate wind girder, the girder should be located at the midheight of the transformed shell. The location of the girder on the transformed shell shall be transposed to actual shell by the foregoing thickness relationship, using the actual thickness of the shell course on which the girder will finally be located and all actual thicknesses above this course.

3.5.2.3 When intermediate stiffeners are required, they shall be proportioned in accordance with the formula

$$S = \frac{hD^2}{10{,}000} \times \left(\frac{v}{100}\right)^2 \qquad \text{(Eq (3-17)}$$

(Refer to Sec. 3.5.1 and Sec. 3.5.2 for an explanation of these symbols.)

3.5.3 *Tension and compression rings.* At junctures in shell plates where the meridional forces are discontinuous, a tension or compression ring is often required to resist the circumferential forces generated by the discontinuous membrane forces. Tension and compressive stresses are limited to those shown in Tables 4 and 5. To determine the stresses in the ring, the shell adjacent to the discontinuity may be assumed to participate for a maximum distance of $0.78(Rt)^{1/2}$ each way from the discontinuity point.

## Sec. 3.6 Roofs

3.6.1 *Roof supports.* Roof supports and stiffeners for steel roofs, if used, shall be designed in accordance with AISC (ASD) with the following stipulations or exceptions:

3.6.1.1 Roof plates may be assumed to provide the necessary lateral support of roof rafters from the friction between the roof plates and the compression flange of the rafters, with the following exceptions: (a) trusses and open web joists used as rafters, (b) rafters having a nominal depth greater than 15 in. (381 mm), and (c) rafters having a slope greater than 2 in 12.

3.6.1.2 The roof rafter and purlin depth may be less than $f_b/600{,}000$ times the span length (Sec. 3.3.1), provided the roof slope is ¾ in 12, or greater. The maximum slenderness ratio $L/r$ for the roof-supporting columns shall be 175, where $L$ is the laterally unsupported length and $r$ is the radius of gyration of the column, both in inches. Columns supporting roofs shall be designed as compression members, as given in part 5, chapter E, of the ninth edition of the AISC *Manual of Steel Construction,*

## Sec. 4.9 Steel Riser

The steel riser may be wet or dry, as specified by the purchaser, and shall be designed to withstand stress caused by the weight or the pressure of the tank and riser contents as well as the load imposed on the top of the riser by the tank shell and by any members supporting the tank. If the design of the riser plates is controlled by hoop tension, 30 percent of the compression in the vertical direction shall be added to the full calculated tension in the horizontal direction in determining the thickness. If controlled by axial load, the column compressive stress shall not exceed the allowable stress calculated in accordance with Sec. 3.4, minus 30 percent of the calculated hoop stresses. The reduction in allowable stress recognizes the importance of the riser when acting as a support. An additional corrosion allowance may be specified by the purchaser.

4.9.1 *Joints.* Longitudinal and circumferential joints in risers that are also used as a column to support substantial vertical loads shall be butt joints, welded for complete joint penetration. For risers on suspended-bottom tanks where the riser supports only nominal vertical loads, the circumferential joints may be partial-penetration butt joints or double-welded lap joints with full fillet welds on both edges.

## Sec. 4.10 Tank Stability Against Overturning

The tank stability against overturning shall be checked as outlined in Sec. 12.4 and Sec. 12.5 with the tank empty and maximum wind load. If applicable, stability under seismic loading shall also be checked with the tank full.

## Sec. 4.11 Pedestal Tank Slenderness

Slender pedestal tanks are defined as those having a lateral deflection greater than $0.02R$ under lateral design load where $R$ is the minimum pedestal radius.

## Sec. 4.12 Pedestal Supports

Pedestal supports may be cylindrical, conical, doubly curved, folded or pressed plate, or any combination thereof. Adequate stiffening shall be provided to exclude ovalling or gross buckling of the pedestal. Openings other than manholes through the support pedestal shall be minimized to ensure adequate shear transfer and vertical load transfer to the foundation. Unless a detailed analysis is performed, the following limitations shall apply:

1. Total perimeter removal when measured at the top of the opening shall not exceed 10 percent of the pedestal circumference.
2. Other than manholes of 36 in. or less in width, sizes of openings when measured at the top of the opening shall be limited to 20° or a versine of 1.0 ft (300 mm), whichever is less.
3. Centerline spacing of adjacent openings shall be at least twice the sum of the width of the openings.

## Sec. 4.13 Eccentric Load

Slender pedestals shall be designed with consideration of the P-delta effect (see Sec. 4.11).

## Sec. 4.14 Lateral Load Distribution

Combined pedestal and column supported towers shall distribute shear and moment to the foundation in relation to the relative stiffness of each component.

# ATTACHMENT F

AS-BUILT SPEC

Shop drawings shall include foundation design calculations and sketches of physical dimensions of foundation requirements.

The manufacturer must have built at least four (4) structures of comparable design and have had at least fifteen (15) years of successful experience in this type of work. The work includes the furnishing of all material, equipment, labor and appurtenances necessary for the complete installation, testing, painting and disinfection of the tank and accessories.

The structure shall comply with the requirements of the American Waterworks Association Standard Specifications for Elevated Steel, Water Storage Tanks, Standpipes, and Reservoirs, D100, Latest Revision, except as hereinafter modified.

The Contractor shall furnish and install one (1) 500,000 gallon Hydro-Pillar Elevated Steel Water Tank. The pillar shall elevate the top capacity line of the tank two hundred twenty two (222) feet above the top of the foundation as indicated.

The distance between the overflow and lower capacity level shall be 38'-0" for a low water level in the tank at one hundred eight four (184) feet above the top of the concrete foundation.

The tank shall be of all welded construction with a dome shaped roof and cylindrical shell. The tank bottom shall be conical in shape with a dished center at the lower extremity. The tank shall have suitable and adequate stiffening members on the interior. Thickness of plates in contact with water shall be a minimum of ¼" thick. All tank plates, with the exception of 3/16" roof plates, shall be of all butt welded construction; 3/16" roof plates may be lap welded on the top side only.

The tank shall be supported by a single pillar running perpendicular to the top of the foundation. The pillar shall have a diameter of not less than 30'-0" between its centerline of flutes and shall be formed from fluted steel plate to increase its load bearing capacity. Adequate internal stiffening rings shall be provided. The upper end of the pillar shall have a ring girder at its junction with the conical tank bottom and the tank bottom shall be suitably reinforced at the connection area. The base of the pillar shall have an adequate bearing plate anchored to the foundation by means of anchor bolts embedded in the foundation ring.

PERMIT # 1183504
07-09-85

"Excerpts" From the

# Specifications and Contract Documents

for

# Sewage and Water Facilities

for the

## Federal Correctional Institution

Loretto, Cambria County, PA

for the

Sanitary Sewerage System

★ Water Supply System

★ Water Treatment Plant

★ Water Storage Tank

★ Fire Protection System

**U.S. Department of Justice**
**Federal Prison System**
**Northeast Regional Office**
**Philadelphia, Pennsylvania**

1985 ©

prepared by
L. Robert Kimball & Associates
Consulting Engineers & Architects
Ebensburg Pennsylvania

ATTACHMENT G

**CBI Constructors, Inc.**
9550 Hickman Rd
Clive, IA 50325-5316

FAX Cover Sheet

Date: 12 July 2006

To: Brickwood Contractors, Inc.

Attention: Veron Kalos

FAX No.: 703.392.0229

From: Keith Carlat

Number of pages including cover sheet: One

Subject: 500M HP @ Loretto, PA/ PDM Contract 55552 (1985)
Modification of tower ladder from offset to straight

Veron,

To follow-up on your fax and phone call of earlier today, you are correct. The scaffold ring members located in each tower panel are a structural stiffener member that is crucial to the strength of the elevated tank tower. The ladder section member of the scaffold ring, PcMk 3-6, cannot be removed without destroying the stiffener's ability to act as a structural member. Removal of the ladder section member would significantly reduce the tower's load carrying capacity and cannot be permitted.

Regards,

Keith Carlat

KC

Copy:

FAXed from 515/254/9511. Telephone 515/254/9538 or 515/254/9228.




NINE (9) RINGS HAVE THE #3-6 STIFFENER, BEING REMOVED UNDER PERMIT #1185504-A1

LORETTO - EXISTING TANK
PERMIT #1185504

FROM PDM
MAIN DRAWING
ERECTION, CONTRACT 56552
STIFFENER 3-6




PDM CONTRACT 55552 (1985)
MAIN ERECTION DRAWING
STIFFENER 3-6




PDM Contract 55552 (1985)
Drawing E3B Sub Assembly
Stiffener 3-6


SECTION C-C
(SEE SECT. A-A FOR WELDING)
SECTION C-C
PDM CONTRACT 55552 (1985)
DRAWING E5AB LADDER
STIFFENER 3-6




PDM CONTRACT 65552 (1985)
DRAWING E4 ORIENTATION
STIFFENER RINGS



E3B


BACK OF ANGLE @
CORNER OF FLUTE (TYP)
BOLTS TO BE LEFT
IN PLACE AFTER
ERECTION
TYPICAL FLUTED COLUMN SUB-ASSEMBLY
6-CONE R SUB-ASSEMBLIES
ALL WELDS THIS SHEET QUALIFIED
WPS-20-39(E60XX)-UNLESS NOTED
HYDROSTORAGE, INC.
HYDROSTORAGE


TANK BTM.
FLUTED R
TOP OF STIFF. R
TOP STIFF. HANDRAIL
VARIES
TOP OF STIFF. R
TYPICAL HANDRAIL
(EXCEPT FOR TOP STIFFENER)
SECTION A-A
SECTION B-B
TYP.
NOTES:
ALL WELDS THIS SHEET ARE FIELD WELDS
SECTION C-C
(SEE SECT. A-A FOR WELDING)
HYDROSTORAGE, INC.
HYDROSTORAGE
E5AB


HYDROSTORAGE
DOUBLE DOOR
INSIDE TANK LADDER
NORTH
SECTION THRU RINGS
BASE PLATE ORIENTATION
HYDROSTORAGE, INC.

ATTACHMENT H

Peters Design Group Inc.
Architectural Engineering Design

From the desk of Bob Nitch

# Facsimile:

To: JOHN WESSNER - FCI - LORETO, PA

RFI #5

Date: 8/20/04

Re: WATERTOWER PEN 8

Instructions/Direction for Ladder Installation

Message:

JOHN,

DISCUSSED CUTTING/BENDING OFFSET PLATFORMS WITH OUR STRUCTURAL ENGINEER AND HE DETERMINED THAT THIS APPROACH SHOULD NOT POSE ANY PROBLEMS. THE INSERTS SHOULD BE FULL PENETRATION WELDS.

THE PLATFORMS APPEAR TO ROTATE A BIT. WE SHOULD LOOK TO SEE THE ALIGNMENT A STRAIGHT LADDER WOULD TAKE

Bob

[illegible] Dunmore, Pa. 18512 Phone [illegible] Fax [illegible] Email: [illegible]@AOL.COM

ATTACHMENT I

**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**Bureau of Water Supply Management**

| | |
|---|---|
| **Document Number:** | 383-2125-108 |
| **Title:** | Public Water Supply Manual - Part II<br>Community System Design Standards |
| **Effective Date:** | September 1, 1998 |
| **Authority:** | Pennsylvania's Safe Drinking Water Act (35 P.S. §721.1 *et seq.*) and regulations at 25 Pa. Code Chapter 109 |
| **Policy:** | Department of Environmental Protection (DEP) staff will follow the guidance and procedures presented in this document to direct and support implementation of permitting activities for community water systems under the drinking water management programs. |
| **Purpose:** | The purpose of this document is to establish a rational and reasonable basis for staff decisions which will promote quality, timely and consistent service to the public and regulated community. |
| **Applicability:** | This guidance will apply to all community water systems. |
| **Disclaimer:** | The guidance and procedures outlined in this document are intended to supplement existing requirements. Nothing in this document shall affect more stringent regulatory requirements.<br><br>The guidance and procedures herein are not an adjudication or a regulation. There is no intent on the part of DEP to give this document that weight or deference. The guidance and procedures merely explain how and on what basis DEP will administer and implement its responsibilities with respect to community water systems. DEP reserves the discretion to deviate from the guidance and procedures in this document if circumstances warrant. |
| **Page Length:** | 148 pages |
| **Location:** | Volume 22, Tab 01 |
| **Definitions:** | See Pa. Code Chapter 109 |

**§ 109.602. Acceptable design.**

(a) A public water system shall be designed to provide an adequate and reliable quantity and quality of water to the public. The design shall ensure that the system will, upon completion, be capable of providing water that complies with the primary and secondary MCLs, MRDLs and treatment techniques established in Subchapter B (relating to MCLs, MRDLs or treatment technique requirements) except as further provided in this section.

(1) The Department may approve control techniques such as nonremoval processes, which abate the problems associated with a secondary contaminant and achieve the objective of the secondary MCL.

(2) The Department may approve a design which may cause an exceedance of a secondary MCL if the exceedance directly results from a treatment method used to achieve compliance with a primary MCL, the level of the secondary contaminant in the finished water does not represent an unreasonable risk to health nor otherwise adversely affect the normal uses of the finished water.

(b) Designs of public water facilities shall conform to accepted standards of engineering and design in the water supply industry and shall provide protection from failures of source, treatment, equipment, structures or power supply.

(c) The Department's *Public Water Supply Manual* sets forth design standards which the Department finds to be acceptable designs. Other designs may be approved by the Department if the applicant demonstrates the alternate design is capable of providing an adequate and reliable quantity and quality of water to the public.

(d) Filtration facilities permitted after May 16, 1992, unless otherwise authorized under § 109.507 (relating to permits for innovative technology), shall be designed to include individual sampling ports or turbidimeters on the raw source water line, on the influent line to the filters and on the effluent lines for each filter bed.

(e) Point-of-use devices which are treatment devices applied to a single tap are not an acceptable treatment method for complying with an MCL or treatment technique requirement.

**Source**

The provisions of this § 109.602 adopted December 7, 1984, effective December 8, 1984, 14 Pa.B. 4479; amended May 15, 1992, effective May 16, 1992, 22 Pa.B. 2621; amended July 20, 2001, effective July 21, 2001, 31 Pa.B. 3895. Immediately preceding text appears at serial pages (207248) and (228311).

**Cross References**

This section cited in 25 Pa. Code § 109.705 (relating to sanitary survey).

---

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official Pennsylvania Code full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.

The Pennsylvania

**§ 109.501. General permit requirements.**

(a) A person may not construct a public water system without first having obtained a construction permit from the Department under § 109.503 (relating to public water system construction permits) except as provided in § § 109.502 and 109.505 (relating to permitting of currently operating systems; compliance deadlines; and requirements for noncommunity water systems).

(b) A person may not substantially modify a permitted public water system without first obtaining an amended construction permit from the Department under § 109.503(b).

(c) A person may not operate a public water system without first having obtained an operation permit from the Department under § 109.504 (relating to public water system operation permits) except as provided in § § 109.502 and 109.505.

(d) A person may not operate a substantially modified facility without first obtaining an amended operation permit from the Department under § 109.504.

**Source**

The provisions of this § 109.501 adopted December 7, 1984, effective December 8, 1984, 14 Pa.B. 4479; amended May 15, 1992, effective May 16, 1992, 22 Pa.B. 2621. Immediately preceding text appears at serial page (136307).

---

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official Pennsylvania Code full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.