# ATTACHMENT 2

ATTACHMENT 2

Contract No. J20802c-011, Water Tank Renovation, FCI Loretto July 13, 2005
**Cure Notice, Item No. 3 - Level Control**

---

The existing controller is a Transicoil Model 150 CP 210 Pressure Controller. The specified design is for Brickwood to install a sensor or sensor/controller at the temporary tank, that is compatible with the existing Transicoil Controller. The existing Controller is to be calibrated to read when the temporary tank is to capacity, and incorporate the readings into the Prison's existing system.

The specified design will not work, because the existing Transicoil Controller is not compatible with any signal from a shallow water tank. The existing Controller currently accepts a signal from a tank that is 222 feet deep, and the temporary tank is only 4.59 feet deep. A letter from Tansicoil confirming this is enclosed.

The Government is asking Brickwood to design a new method to interface the existing telemetering system into the temporary system. Designing an adequate level control system is a requirement of the State and of your Construction Permit, and Brickwood was not hired to design.

As directed by the Government in your letter dated June 23, 2005, we terminated the services of the outside electrical engineer designing a new system. Brickwood does not have the in-house resources to design a new method of level control. This design work is beyond the scope of our contract.

(3) Attachments:

A. Contract Requirement to Insure Compatibility and Calibrate the Existing Controller
B. Fax Dated June 29, 2004, from the COTR Providing the Model of Existing Controller
C. Fax Dated May 6, 2005, from Transicoil Verifying the Existing Controller Cannot be Used

5. PROVIDE PORTABLE ELECTRIC POWERED WATER PUMPS WITH 10,000 GAL PORTABLE WATER TANK. CONNECT PUMP SUCTION(S) TO TEMPORARY HOLDING TANK AND DISCHARGE TO 10,000 GAL TEMP. TANK. TANK DISCHARGE SHALL BE CONNECTED TO EXISTING FIRE HYDRANT. FILL BOTH TANKS AS DESCRIBED AND OPERATE PUMP WITH NECESSARY CONTROLS TO MAINTAIN FLOW OF 160,000 GAL/DAY AT 93 PSI DURING ENTIRE RESTORATION PROCESS. INCORPORATE THE EXISTING WELL PUMPS CONTROLS TO PROVIDE TREATED WATER NECESSARY TO MAINTAIN THE TEMPORARY HOLDING TANK.A PRESSURE CONTROLLER IS CURRENTLY USED TO MAINTAIN THE WATER TOWER'S CAPACITY. THE CONTRACTOR SHALL PROVIDE EITHER A PRESSURE SENSOR OR A LEVEL SENSOR/CONTROLLER. IF A PRESSURE SENSOR IS GOING TO BE USED,<u>THE CONTRACTOR SHALL INSURE COMPATIBILITY WITH THE EXISTING CONTROLLER</u>.<u>THE CONTRACTOR SHALL CALIBRATE THE CONTROLLER</u> TO REFLECT THE PROPER PRESSURE READING WHEN THE TANK IS TO CAPACITY. PROVIDE PRESSURE SETPOINTS THAT WILL NOT SHORT CYCLE THE EXISTING WELL PUMPS. IF A LEVEL APPROACH IS CHOSEN, THE CONTRACTOR SHALL EMPLOY THE SAME CONSIDERATIONS AS AFOREMENTIONED. IN EACH CASE, THE CONTRACTOR SHALL RETURN THE SYSTEM TO EXISTING STATUS AT THE COMPLETION OF WORK AND THE REACTIVATION OF THE EXISTING TOWER SYSTEM.THE CONNECTION TO THE EXISTING DISTRIBUTION SYSTEM SHALL BE MADE BY INSTALLING A 6 INCH SADDLE TO THE FIRE HYDRANT SUPPLY LINE. THE CONTRACTOR SHALL SAW-CUT THE PAVE TO EXCAVATE ACCESS TO HYDRANT SUPPLY LINE., AND SHALL PROVIDE A FLANGED DI PIPE RISER TO THE SURFACE.

6. PROVIDE A PORTABLE GENERATOR OF SUFFICIENT CAPACITY TO RUN THE PUMPS AND MAINTAIN THE TEMPORARY WATER SUPPLY SYSTEM, IN THE EVENT OF A POWER OUTAGE. GENERATOR SHALL BE A PACKAGE UNIT WITH SUFFICIENT FUEL STORAGE TO MAINTAIN UNINTERRUPTED POWER. ARRANGE FOR FUEL RESUPPLY TO MAINTAIN WATER SUPPLY UNTIL POWER IS RESTORED. TRANSFER FROM

NOTES: DRAWING SD-2

6/29/04

BCI
Brickwood Contractors, Inc.
phone (703) 392-0228
11304 Industrial Road, Manassas, Virginia 20109-3910
fax (703) 392-0229

June 23, 2003

*via fax to (814) 472-7585*
Mr. John Wessner, COTR
Contracting Office
Federal Correctional Institution Loretto
Post Office Box 1000
Loretto, Pennsylvania 15940-1000

Dear Mr. Wessner:

SUBJECT: Contract No. J20802c-011, Water Tank Renovation

**REF: Request for Information - Pressure Controller**

Please provide information on the existing Pressure Controller currently used to maintain the water tower's capacity. We will need a manufacturer and model number, the location of the controller, and the set point, as well as any additional information you can provide.

Sincerely,

Peter Kalos
President

BCIBrickwood@aol.com

Transcoil Inc
Model 150CP210
calibrated 184' to 222' $H_2O$
Range 0-100 psid
Input 12-30 VDC
Output 4-20 mAmp

P.S.A. INC.

REPRESEN
APEM ............M
CORCOM ........
CTS ..........
HELIX CIRCUIT

| Post-it® Fax Note 7671 | Date 5/6/05 | # of pages ▸ 1 |
|---|---|---|
| To ANDREW KALOS | From LOU KUTERBACH | |
| Co./Dept. | Co. ADS/TRANSICOIL | |
| Phone # 703-392-0228 | Phone # 484-902-1100 | |
| Fax # 703-392-0229 | Fax # 484-902-1150 | |

IS............HERMETIC PACKAGES
YLVANIA .....MINIATURE LAMPS
..........................LINE CORDS
..........................HYBRID DIE & CHIPS
..........................CONNECTOR ACCESS.
..........................TERMINAL BLOCKS

**PROJECT:**

5/6/05

TO: ANDREW KALOS

FROM: LOU KUTERBACH

Subject: 150CP210 PRESSURE TRANSDUCER

ANDREW, PERSUANT TO YOUR QUESTION I REGRET TO INFORM YOU THAT THE MODEL 150CP210 TRANSDUCER CANNOT BE CALIBRATED FOR ±'9" $H_2O$.

REGARDS,

[signature]

LOU KUTERBACH
ADS/TRANSICOIL

# ATTACHMENT 3

**Kimball**
L. Robert Kimball & Associates
Architects and Engineers

# NUCLEAR COMPACTION TEST DATA

CLIENT: Brickwood Contracting
PROJECT NAME: Loretto Prison
PROJECT NUMBER: 05-1300-
DATE: 6/27/05
VISUAL DESCRIPTION OF SOIL(S) TESTED: 2A stone

GAUGE NUMBER: 12
GAUGE MAKE/MODEL: Troxler 3430
MOISTURE/DENSITY COUNTS: 659/2695
TECHNICIAN: P. Kunkle

Compaction Required: 90 % of

☐ ASTM D 698 ☑ ASTM D 1557

| TEST NUMBER | UNITS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | — | — | — | — | — | — | | | | |
| LIFT NUMBER | | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| ELEVATION | | GRD. | GRD | GRD | GRD | GRD | GRD | | | | |
| MODE & DEPTH | | 12"N | 12"N | 12"N | 12"N | 8"N | 12"N | | | | |
| WET DENSITY | pcf | 136.3 | 138.0 | 134.2 | 135.4 | 133.7 | 135.5 | | | | |
| MOISTURE COUNT | | 43 | 38 | 40 | 39 | 35 | 37 | | | | |
| DENSITY COUNT | | 321 | 304 | 343 | 330 | 349 | 329 | | | | |
| MOISTURE | | 2.3 | 2.0 | 2.2 | 2.1 | 1.8 | 2.0 | | | | |
| MOISTURE | % | 1.9 | 1.5 | 1.7 | 1.6 | 1.3 | 1.5 | | | | |
| DRY DENSITY | pcf | 133.8 | 136.0 | 132.0 | 133.3 | 131.9 | 133.6 | | | | |
| COMPACTION | % | 93.5 | 95.0 | 92.2 | 93.1 | 92.2 | 93.3 | | | | |
| STANDARD DENSITY | pcf | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | | | | |
| OPTIMUM MOISTURE | % | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | | | | |

| TEST NUMBER | UNITS | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | | | | |
| LIFT NUMBER | | | | | | | | | | | |
| ELEVATION | | | | | | | | | | | |
| MODE & DEPTH | | | | | | | | | | | |
| WET DENSITY | pcf | | | | | | | | | | |
| MOISTURE COUNT | | | | | | | | | | | |
| DENSITY COUNT | | | | | | | | | | | |
| MOISTURE | | | | | | | | | | | |
| MOISTURE | % | | | | | | | | | | |
| DRY DENSITY | pcf | | | | | | | | | | |
| COMPACTION | % | | | | | | | | | | |
| STANDARD DENSITY | pcf | | | | | | | | | | |
| OPTIMUM MOISTURE | % | | | | | | | | | | |

Remarks:

ATTACHMENT 4

USDOJ/FBOP/FCI-Loretto, Contract No. J20802c-011
WATER TANK RENOVATION
Progress Schedule - Weeks

Page 1 of 1

| TASK | 5 | 4 | 3 | 2 | 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Remobilization June 6, 2005 | Government Delay | | | | | | | | | | | | | | | | | | |
| 2. Add Recompact & Materials Testing To Mods. 4 & 7 | Government Delay | | | | Compaction Test Completed and Passed June 27, 2005 | | | | | | | | | | | | | | |
| 3. Reinstall Temporary Tank | | | | | June 28 to 30, 2005 | | | | | | | | | | | | | | |
| 4. Changes to Correct Unsafe Water Supply | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 5. Pump Change for 310,000 Gallon Fire Code Requirement | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 6. Design New Level Control System | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 7. Change 6" Saddle Connection to Hydrant Line | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 8. Install Level Control System | | | | | | | | | | | | | | | | | | | |
| 9. Pump Installation | | | | | | | | | | | | | | | | | | | |
| 10. Connect to Hydrant Line | | | | | | | | | | | | | | | | | | | |
| 11. Change Order #5, Geotextile | | | | | | | | | | | | | | | | | | | |
| 12. Empty Existing Tank | | | | | | | | | | | | | | | | | | | |
| 13. Interior Wet & Temp Water | | | | | | | | | 1% | 1% | 1% | 1% | | | | | | | |
| 14. State & AWWA Required Engineering | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 15. Tank Repair | | | | | | | | | | 1% | 1% | | | | | | | | |
| 16. Resubmit Containment Plan | | | | | | | | | | | | | | | | | | | |
| 17. Exterior Tank | | | | | | | | | | | | | 2% | 4% | 6% | 6% | 4% | 2% | |
| 18. Chlorine Building Changes to Correct Errors in Design | Government Activity and Delay | | | | | | | | | | | | | | | | | | |
| 19. Changes to Chlorine Building | | | | | | | | | | | | | | | | | | | |
| 20. State Approves Operations Permit for Water Disinfection Plant | | | | | | | | | | | | | | | | | | Government Activity | |
| 21. Project Close-Out | | | | | | | | | | | | | | | | | | | 1% |
| Percent Complete | | | | | | | | | 1% | 2% | 2% | 1% | 2% | 4% | 6% | 6% | 4% | 2% | 1% |
| Percent Cumulative | 69% | | | | | | | | 70% | 72% | 74% | 75% | 77% | 81% | 87% | 93% | 97% | 99% | 100% |

Actual Duration of Government Activity and Delay is Unknown

July 12, 2005

# ATTACHMENT 5

USDOJ/FBOP/FCI-Loretto, Contract No. J20802c-011
WATER TANK RENOVATION
Progress Schedule - Weeks

Page 1 of 1




June 27, 2005

Actual Duration of Government Activity and Delay Is Unknown

**U.S. Department of Justice**

**Federal Bureau of Prisons**

***Field Acquisition Office - B&F Section***

United States Penitentiary Allenwood
P. O. Box 3500
White Deer, PA 17887

July 28, 2005

Brickwood Contractors, Inc.
Attn: Peter Kalos, President
11304 Industrial Road
Manassas, VA 20139-3910
(703) 392-0228
FAX: (703) 392-0229

Re: Contract Number J20802c-011, Water Tank Renovation
FCI Loretto - Show Cause Notice

Dear Mr. Kalos:

Pursuant to the Federal Acquisition Regulation (FAR) Subpart 49.607(b), this letter is hereby issued as your official Show Cause Notice.

Since you have failed to proceed as directed and are currently not adequately performing on contract J20802c-011, water tank renovation project at FCI Loretto, the Government is considering terminating the contract under the provisions for default of this contract. Pending a final decision in this matter, it will be necessary to determine whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, your are given the opportunity to present, in writing, any facts bearing on the question to Robert J. Kruskie, Contracting Officer, Field Acquisition Office/NERO, USP Allenwood, P.O. Box 3500, White Deer, PA 17887, within 10 days after receipt of this notice. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a decision is made to terminate for default.

Any assistance given to you on this contract or any acceptance by the Government of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract.

If you have any questions or concerns, please contact me.

Sincerely

Robert J. Kruskie

Robert J. Kruskie
Contracting Officer
Field Acquisition Office

cc: J. Wessner, COTR
Contract file
Greenwich Insurance Company
Small Business Administration

Rec'd 10-11-2005

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFF. DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0010 | 09/15/2005 | | FK4 |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| Federal Bureau of Prisons<br>Field Acquisition Office<br>USP Allenwood<br>Route 15 - 2 Miles N. of Allenwood<br>Allenwood PA 17810 | Field Acquisition Office<br>USP Allenwood<br>P. O. Box 3500<br>White Deer PA 17887 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Brickwood Contractors Inc.<br>11304 Industrial Road<br>Manassas VA 20139-3910 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>J20802c-011 / |
| CODE 012567939 — FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/25/2003 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc. ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 52.249-10 Default (Fixed-Price Construction) |

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return 0 copies to issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification 0010 to contract J20802c-011 serves as the official Termination for Default of this contract. See the official Notice of Termination attached to this modification.

Brickwood Contractors Incorporated's right to proceed under this contract is terminated. BCI's failure to perform is not excusable. The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs.

BCI is in default of contract J20802c-011 and has the right to appeal under the Disputes clause.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Robert J. Kruskie | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>09/15/2005 |

U.S. Department of Justice

Federal Bureau of Prisons

*Field Acquisition Office - B&F Section*

United States Penitentiary Allenwood
P. O. Box 3500
White Deer, PA 17887

September 15, 2005

Brickwood Contractors, Inc.
Attn: Peter Kalos, President
11304 Industrial Road
Manassas, VA 20139-3910
(703) 392-0228
FAX: (703) 392-0229

Re: Contract Number J20802c-011, Water Tank Renovation
FCI Loretto - Notice of Termination

Dear Mr. Kalos:

Pursuant to the Federal Acquisition Regulation (FAR) 49.402-3(g), the Federal Bureau of Prisons (FBOP) is terminating for default contract J20802c-011, Water Tank Renovation Project at FCI Loretto, which was awarded on July 25, 2003.

Your company has failed to adequately perform on this contract. The following is a listing of work not completed properly or not at all:

**UNACCEPTABLE**

1. Handrail has been installed on the top of the containment vessel; however, the railings have not been sandblasted or painted
2. The contractor installed the required fall protection on the existing ladder system, however, the ladder system was to be replaced with a new and compliant system as per the contract documents.
3. The temporary tank liner is on site but has numerous punctures and penetrations.
4. The temporary piping system has not been pressure tested or disinfected per the specifications.
5. Newly sprayed on paint on the interior of the super structure is already showing signs of rust and deterioration.
6. The contractor has failed to produce test results that reflect the thickness of applied paint.
7. Compaction tests were not performed during the course of backfilling the ditches that contain the temporary water

line and wires for the electronic pump controllers as specified in the contract documents.

8. Piping in the Chlorine Building is out of square and does not run parallel with the walls.
9. Containment support cables that hang off the outriggers on the water containment vessel have been approved; however, they are pulling out of the ground due to non-compliant and poor installation.
10. The floor drain in the Chlorine Building has a higher elevation than the rest of the floor which causes water to run away from the floor drain instead of into it.
11. The contractor used a floor grinder to remove excessive trowel marks on the concrete floor of the Chlorine Building which left the aggregate from the concrete mix exposed.
12. The chlorination system has been installed; however, the sequence of operation of the system pumps are still unclear.
13. The contractor installed the incorrect size roof drain on the Chlorine Building.
14. The door at the Chlorine Building was not installed with the correct anchoring system.

**<u>Work That Has Not Been Completed</u>**

1. A submittal plan for containment of hazardous materials complete with approvals by a Certified Industrial Hygienist has not been received by the Government.
2. An acceptable schedule has not been received by the Government.
3. Exterior of the water containment vessel has not been sandblasted or painted.
4. Interior of the water containment vessel has not been sandblasted or painted.
5. Exterior of the super structure has not been sandblasted or painted.
6. The temporary tank is not constructed.
7. Temporary water service pumps have not been installed
8. Temporary emergency electrical generator has not been installed.
9. Temporary tank liner has not been installed.
10. Temporary tank cover has not been installed.
11. An approved containment system has not been erected.
12. Non-compliant handrails on the interior of the super structure have not been removed.
13. Compliant handrails on the interior of the super structure have not been welded in place, sandblasted, primed and painted.
14. Compliant ladders on the interior of the super structure have not been welded in place, sandblasted, primed and painted.
15. Ladder fall protection has not been installed on a compliant ladder system.
16. The roadway to the new Chlorine Building has not been paved.
17. Areas where asphalt has been cut and removed for temporary utilities needs to be repaired to match existing conditions.

18. Electronic telemetering system which controls the well pumps and water levels within the temporary tank has not been installed
19. The piping system to connect the temporary water tank to the existing filtration system located at the bottom of the super. structure has not been installed.
20. The control fence which surrounds the temporary water tank has not been installed.
21. No verification that employees of BCI are authorized or licensed to perform lead abatement in Pennsylvania has been received by the government.
22. Warranty for roof membrane at Chlorine Building has not been received by the government.
23. Submittal for the water vessel vent has not been received by the government.
24. No As-Built drawings have been received for any work completed.

Finally, BCI has never addressed or provided evidence that all subcontractors have been paid in full for completed and accepted work.

Brickwood Contractors Incorporated's right to proceed under contract J20802c-011 is terminated. The Contracting Officer has determined that BCI's failure to perform is not excusable. The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs.

This is the final decision of the Contracting Officer. You may appeal this decision to the Department of Transportation Board of Contract Appeals (DOTBCA), Nassif Building, 400 Seventh Street SW, Washington, DC 20590. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the DOTBCA and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract number. With regard to appeals to the DOTBCA, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the DOTBCA, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely

Robert J. Kruskie

Robert J. Kruskie
Contracting Officer
Field Acquisition Office

cc: J. Wessner, COTR
Surety, Greenwich Insurance Company
Small Business Administration