# In the United States Court of Federal Claims

No. 06-695 C

(Filed: January 16, 2008)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## SCHEDULING ORDER

The Court hereby ORDERS the following schedule for discovery and trial in this case:

| | |
|---|---|
| RCFC 26(a)(1) Initial Disclosures (including exchange of documents) | January 30, 2008 |
| Commencement of Discovery (fact & expert) | January 30, 2008 |
| Plaintiff's Expert Witness Disclosures | April 1, 2008 |
| Defendant's Expert Witness Disclosures | April 30, 2008 |
| Completion of Discovery (fact & expert) | July 31, 2008 |
| Joint Status Report (report should discuss dispositive motions to be filed, if any) | August 7, 2008 |
| Post-Discovery Status Conference (11:00 a.m.) | August 14, 2008 |
| Trial (five days, Washington, D.C.) | November 10, 2008 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge