IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | Case No.: 1:06-cv-695-EJD |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now, Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman ("Counsel"), pursuant to Rule 83(c)(6) of the Rules of the United States Court of Federal Claims, and request leave of Court to withdraw as counsel of record for Plaintiff, Brickwood Contractors, Inc. ("Brickwood). Counsel states as grounds the following:

1. Counsel and Brickwood have reached an impasse with respect to the merits, objectives and course of litigation pending before this Court. Additionally, communications and objectives sought by the client have rendered the representation unreasonably difficult for counsel.
2. Counsel has provided Brickwood with notice, both in person and written, of its intent to withdraw as counsel if Brickwood and the need to have new counsel enter an appearance in the case.
3. Counsel believes that the withdrawal can be accomplished without prejudice to the client. The case in the initial stages of litigation.
4. This motion is made in good faith and is not intended to prejudice the rights of the parties to the actions.

WHEREFORE, counsel requests that the Court grant Scott J. Newton and the law firm of Stephens, Boatwright, Primeau, Cooper & Coleman its motion for leave to withdraw as counsel on behalf of the Plaintiff, Brickwood Contractors, Inc., and grant such further and other relief as the Court deems necessary and proper.

Respectfully Submitted,
Stephens, Boatwright, Primeau, Cooper & Coleman, PC.
by counsel

s/ Scott J. Newton
Scott J. Newton, VSB #44397
Stephens, Boatwright, Primeau, Cooper & Coleman
9255 Lee Avenue
Manassas, VA 20110
(703) 361-8246

(703) 361-4171 Facsimile
newton@manassaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the __31______ day of January 2008 a copy of the foregoing "Motion to Withdraw" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott J. Newton
Scott J. Newton

I hereby certify that on January 31, 2008 a copy of the foregoing Motion to Withdraw was served:

Via US Mail:

Brickwood Contractors
C/o Peter Kalos, President
11306 Industrial Road
Manassas, VA 20109

Brickwood Contractors
C/o Peter Kalos, President
PO BOX 4685
MANASSAS, VA 20108-4685

VIA FACSIMILE to Brickwood Contractors, c/o Peter Kalos: 703-392-0229

Via Email: Veron Kalos, Secretary (vkalos@aol.com)

s/ Scott J. Newton
Scott J. Newton