# In the United States Court of Federal Claims

No. 06-695 C

(Filed: February 4, 2008)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On January 31, 2008, pursuant to Rule 83(c)(6) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff's counsel filed a Motion for Leave to Withdraw as Counsel. The Court GRANTS the motion and STAYS this case pending Plaintiff's appointment of new counsel. The Court also ORDERS Plaintiff to retain new counsel and new counsel to file a motion to substitute attorney, pursuant to RCFC 83.1(c)(4), on or before **Monday, March 10, 2008**.

The Clerk of the Court is ORDERED to deliver a copy of this order to Plaintiff by Federal Express (two-day delivery) at the following address:

Mr. Peter Kalos, President
Veron Kalos, Secretary/Treasurer
BRICKWOOD CONTRACTORS, INC.
11304 Industrial Road
Manassas, VA 20109-3910

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge