# In the United States Court of Federal Claims

No. 06-695 C
(Filed: March 5, 2008)

************************************
BRICKWOOD CONTRACTORS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The above-captioned case was transferred to the undersigned on February 29, 2008. Plaintiff is presently under court order to retain new counsel and file a motion to substitute counsel by March 10, 2008. Earlier this week, an attorney who is considering representing plaintiff in this matter, Mr. Hilary S. Cairnie, telephoned chambers ex parte. Mr. Cairnie indicated that he would be unable to enter an appearance on plaintiff's behalf unless the court enlarged the deadlines set forth in the January 16, 2008 scheduling order. Mr. Cairnie did not include defense counsel on the telephone call to the court, nor did he indicate that he had ascertained defense counsel's position on his request. Ex parte communications are improper. Thus, the court is unwilling to take action at this time. If Mr. Cairnie desires an enlargement of the deadlines set forth in the court's January 16, 2008 scheduling order, he shall confer with defense counsel and contact the court to schedule an informal telephonic status conference. Along with the undersigned, the status conference participants **SHALL** include Mr. Cairnie, defense counsel, and plaintiff's president, Mr. Peter Kalos. The undersigned's judicial assistant, Ms. Beryl Sanders, may be reached at (202) 357-6644.

The Clerk is directed to deliver a copy of this order to plaintiff via United States mail, with return receipt requested, at the following address:

Brickwood Contractors, Inc.
c/o Peter Kalos, President
P.O. Box 4685
Manassas, VA 20108-4685

In addition, the Clerk shall deliver a copy of this order to Mr. Cairnie via United States mail at the following address:

Hilary S. Cairnie
Vorys, Sater, Seymour and Pease LLP
1828 L Street, NW, 11th Floor
Washington, DC 20036

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge