# In the United States Court of Federal Claims

No. 06-695 C
(Filed: March 7, 2008)

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On March 7, 2008, a representative of plaintiff in the above-captioned case, Ms. Veron Kalos, telephoned chambers ex parte, requesting that the court extend by thirty days the March 10, 2008 deadline to retain and substitute counsel. Ms. Kalos indicated that she did not contact defense counsel regarding plaintiff's request for a thirty-day enlargement. The court is unwilling to entertain plaintiff's ex parte request without knowing the position of opposing counsel.

It is the court's understanding that plaintiff has arranged a meeting with an attorney who may represent plaintiff in this case. The court further understands that the attorney has discussed such an enlargement with defense counsel. Plaintiff shall contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to advise the court of defendant's position on its enlargement request.

The Clerk is directed to deliver a copy of this order to plaintiff via United States mail, with return receipt requested, at the following address:

Brickwood Contractors, Inc.
c/o Peter Kalos, President
P.O. Box 4685
Manassas, VA 20108-4685

In addition, once the court files this order electronically, the undersigned's judicial assistant will telephone Ms. Kalos to relay its contents.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge