# In the United States Court of Federal Claims

No. 06-695 C
(Filed: March 7, 2008)

***********************************
BRICKWOOD CONTRACTORS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

In response to the court's earlier order this same date in the above-captioned case, a representative of plaintiff, Ms. Veron Kalos, telephoned chambers, requesting that the court extend by four weeks the March 10, 2008 deadline to retain and substitute counsel. Ms. Kalos represented that defense counsel consented to an enlargement of two weeks, but objected to any additional enlargement.

The court understands defendant's apparent desire to resolve this matter expeditiously. The court will allow plaintiff a two-week enlargement, or until **no later than Monday, March 24, 2008**, to retain new counsel and file a motion to substitute counsel pursuant to RCFC 83.1(c)(4). **If, by that date, plaintiff has not filed the requisite motion, the court will require plaintiff to show cause why the case should not be dismissed for failure to prosecute pursuant to RCFC 41(b).** The stay in this case shall be continued until Monday, March 24, 2008.

The Clerk is directed to deliver a copy of this order to plaintiff via United States mail, with return receipt requested, at the following address:

Brickwood Contractors, Inc.
c/o Peter Kalos, President
P.O. Box 4685
Manassas, VA 20108-4685

In addition, once the court files this order electronically, the undersigned's judicial assistant will telephone Ms. Kalos to relay its contents.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge