# In the United States Court of Federal Claims

No. 06-695 C
(Filed: March 25, 2008)

***********************************
BRICKWOOD CONTRACTORS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER TO SHOW CAUSE

Plaintiff in the above-captioned case has not been represented by counsel, in violation of Rule 83.1(c)(8) of the Rules of the United States Court of Federal Claims ("RCFC"), since February 4, 2008. On that date, the court directed plaintiff to retain new counsel, and new counsel to file a motion to substitute attorney pursuant to RCFC 83.1(c)(4), by March 10, 2008. On March 7, 2008, the court enlarged plaintiff's deadline by two weeks to March 24, 2008, but warned that plaintiff faced dismissal of its case pursuant to RCFC 41(b) if it did not meet the deadline. The deadline has now passed without an attorney filing a motion for substitution on plaintiff's behalf. **Accordingly, plaintiff, by no later than Tuesday, April 1, 2008, shall show cause why the case should not be dismissed pursuant to RCFC 41(b). If plaintiff fails to show cause by April 1, 2008, the court WILL dismiss plaintiff's case.** The stay in this case shall be continued until April 1, 2008.

The Clerk is directed to deliver two of this order to plaintiff via United States mail, with return receipt requested, one to each of the following addresses:

Brickwood Contractors, Inc.
c/o Peter Kalos, President
11304 Industrial Road
Manassas, VA 20109-3910

Brickwood Contractors, Inc.
c/o Peter Kalos, President
P.O. Box 4685
Manassas, VA 20108-4685

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge