# In the United States Court of Federal Claims

**No. 06-695 C**

**BRICKWOOD CONTRACTORS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order Dismissing Case, filed April 3, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, pursuant to RCFC 41(b).

John S. Buckley
Acting Clerk of Court

**April 4, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.