**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC.,<br>Plaintiff, | ) | |
| v. | ) | Case No.: 1:06-cv-695-MMS |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

## MOTION TO SUBSTITUTE ATTORNEY

Comes now, Plaintiff, Brickwood Contractors Inc. ("Brickwood"), by its proposed counsel, and requests that the Court recognize the appearance of Douglas J. Behr and the law firm of Keller and Heckman LLP on behalf of the Plaintiff, Brickwood Contractors, Inc. Counsel has been retained for the purpose of filing a Motion for Relief pursuant to Rule 60(b) of the Rules of the United States Court of Federal Claims ("Motion for Relief") to have the case reinstated for consideration on the merits of Brickwood's claims. Should the Court grant the Motion for Relief and reinstate the case, undersigned counsel would continue to represent Brickwood on the merits of its claims in the above-captioned matter. A Declaration of Appointment executed by the President of Brickwood Contractors, Inc., is attached hereto as Exhibit A.

Wherefore, counsel requests that the Court recognize the appearance of Douglas J. Behr and the law firm of Keller and Heckman LLP on behalf of the Plaintiff, Brickwood, and grant such further and other relief as the Court deems necessary and proper.

Dated: April 23, 2008

Respectfully submitted,
Brickwood Contractors, Inc.
by counsel

s/ Douglas J. Behr

Douglas J. Behr
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel.: (202) 434-4100
Facsimile: (202) 434-4646
Email: behr@khlaw.com

**DECLARATION OF APPOINTMENT PURSUANT TO 28 U.S.C. § 1746**

I, Peter Kalos, do hereby declare under penalty of perjury under the laws of the United States of America the following:

1. My name is Peter Kalos, President of Brickwood Contractors, Inc. I am authorized, for and on behalf of the Corporation and in its name, to retain counsel for representation of the Corporation in the United States Court of Federal Claims and thereafter to take such action as required in connection therewith.
2. Douglas J. Behr, Esquire, with offices at Keller and Heckman LLP, 1001 G Street, N.W., Suite 500 West, Washington, D.C. 20001 is hereby appointed attorney for the Corporation to represent the Corporation in the matter of Brickwood Contractors, Inc. v. The United States, Case No. 06-695-C, in collaboration with president and to take all action necessary to pursue that matter as appropriate; and that all action taken by the aforesaid president and attorney within the purview of this resolution is hereby ratified and confirmed.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA that the foregoing is true and correct.

Executed on this 22nd day of April, 2008.

Peter Kalos,
President of Brickwood Contractors, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008 a copy of the foregoing Motion to Substitute Attorney and Declaration of Appointment Pursuant to 28 U.S.C. § 1746 was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Sean Michael Dunn
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
Room 4046
Washington, DC 20530
Tel.: (202) 616-0338
Facsimile: (202) 353-7998
Email: sean.dunn@usdoj.gov

Attorney for Defendant,
United States of America

s/ Douglas J. Behr
Douglas J. Behr