# In the United States Court of Federal Claims

No. 06-695 C
(Filed: April 29, 2008)

```
***********************************
BRICKWOOD CONTRACTORS, INC.,     *
                                 *
            Plaintiff,           *
                                 *
 v.                              *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
***********************************
```

**ORDER**

On April 3, 2008, the court dismissed the above-captioned case pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC") for plaintiff's repeated failure to comply with RCFC 83.1(c)(8). On April 23, 2008, Mr. Douglas J. Behr filed a Motion to Substitute Attorney, indicating that he had been retained for the purposes of filing a Motion for Relief pursuant to RCFC 60(b) and representing plaintiff in any further proceedings in this case. Because plaintiff is entitled to file a motion pursuant to RCFC 60(b), and may only do so if represented by counsel, the court **GRANTS** plaintiff's Motion to Substitute Attorney.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge