IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-695C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION**
**FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)**

Defendant, the United States, respectfully defers to the Court's discretion regarding Brickwood Contractors, Inc.'s ("Brickwood") motion for relief from judgment pursuant to Rule 60(b) of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald Kinner
DONALD KINNER
Assistant Director

s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0367
Fax: (202) 514-7969

May 16, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on this 16th day of May, 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn