IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-695C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 21, 2008 order, on behalf of both parties, the Government respectfully submits the following Joint Status Report suggesting a discovery schedule. Subject to the Court's availability for the proposed post-discovery status conference and trial, the parties propose the following schedule:

| | | |
|---|---|---|
| 1. | Commencement of Discovery (fact & expert) | The parties have exchanged initial disclosures and plaintiff has served document requests upon defendant. |
| 2. | Plaintiff's Expert Witness Disclosures | December 1, 2008 |
| 3. | Defendant's Expert Witness Disclosures | January 19, 2009 |
| 4. | Completion of Discovery (fact & expert) | May 15, 2009 |
| 5. | Joint Status Report (discussing dispositive motions to be filed, if any) | May 29, 2009 |
| 6. | Post-Discovery Status Conference | June 26, 2009 |
| 7. | Trial (five days, Washington, D.C.) | TBD |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald Kinner
DONALD KINNER
Assistant Director

/s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0367
Fax: (202) 514-7969

June 23, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on this 23rd day of June, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn