# In the United States Court of Federal Claims

No. 06-695 C
(Filed: June 24, 2008)

| | |
|---|---|
| *********************************** | |
| BRICKWOOD CONTRACTORS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On June 23, 2008, the parties in the above-captioned case filed a Joint Status Report noting that the parties have already begun discovery process and suggesting further proceedings in the case. The court adopts the parties' proposed schedule, with two alterations:

- Plaintiff's expert witness disclosures are due **no later than Monday, December 1, 2008**.

- Defendant's expert witness disclosures are due **no later than Tuesday, January 20, 2009**.[1]

- Fact and expert discovery shall conclude **no later than Friday, May 15, 2009**.

- The parties shall file a joint status report indicating whether they intend to file dispositive motions **no later than Friday, May 29, 2009**. If one or both parties intend to file a dispositive motion, the joint status report shall include a proposed briefing schedule.

[1] The parties proposed a deadline of Monday, January 19, 2009. However, January 19, 2009 is a federal holiday. Thus, the court moved the deadline to the next available business day.

Based upon the contents of the parties' status report, the court will either issue an order containing a briefing schedule for dispositive motions or schedule a status conference to discuss further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge